**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1201**

MICHAEL G. CAPPS,

                Plaintiff - Appellant,

        v.

OCONEE COUNTY SHERIFF'S OFFICE; MIKE CRENSHAW; KEVIN DAVIS; JEFF UNDERWOOD; BRIAN LONG; JUSTIN PELFREY; JOSH LABRECQUE; THE SOUTH CAROLINA INSURANCE RESERVE FUND; CHRIS LOMBARD; ANN MACON SMITH,

                Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Kevin Frank McDonald, Magistrate Judge. (8:18-cv-01434-DCC)

Submitted: May 23, 2019                                        Decided: May 28, 2019

Before KING and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Michael G. Capps, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael G. Capps seeks to appeal the magistrate judge's report recommending that Defendants' motion for summary judgment be granted and his motions for summary judgment be denied in his 42 U.S.C. § 1983 (2012) civil rights action. This court may exercise jurisdiction only over final district court orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral district court orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-47 (1949). The report Capps seeks to appeal is neither a final district court order nor an appealable interlocutory or collateral district court order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*